JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE ROSE LUNA,<br><br>    Plaintiff(s),<br><br>    v.<br><br>SYSCO RESOURCES SERVICES LLC; and DOES 1 through 10,<br><br>    Defendant(s). | Case No.  CV 25-3415-DMG (JCx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [14]** |

1
ORDER

This matter is before the Court on Plaintiff VALERIE ROSE LUNA ("Plaintiff") and Defendant SYSCO RESOURCES SERVICES LLC's (erroneously sued as SYSCO CORPORATION) ("Defendant") (collectively "the Parties") Stipulation to Dismiss the above-captioned matter with prejudice.  Good cause appearing, the Court, hereby ORDERS as follows:

1. The Joint Stipulation for Dismissal is **APPROVED**.
2. The Complaint in the above-captioned matter is **DISMISSED WITH PREJUDICE**.
3. The parties shall bear their own respective costs and attorneys' fees.

DATED:  October 13, 2025

_____
DOLLY M. GEE
Chief United States District Judge